# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0145.  ROBERT  MALMQUIST  v.  COMPETENCE  STAFFING RESOURCE, INC.

On November 19, 2015, Robert Malmquist filed an application for discretionary appeal seeking review of the trial court's October 19, 2015, order granting Competence Staffing's motion for attorney's fees pursuant to OCGA § 9-15-14 (b).

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Malmquist filed his application 31 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this application is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  12/10/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*